JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; BOARD OF TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE ADMINISTRATIVE MAINTENANCE FUND; AND LOCAL UNION NO. 440 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br><br>Plaintiffs,<br><br>v.<br><br>CICO Electrical Contractors, Inc., a California Corporation,<br><br>Defendant. | CASE NO. 5:24-cv-1790-CBM-DTB<br><br>Assigned to:<br>The Honorable Consuelo B. Marshall<br><br>**JUDGMENT** |

This action having been commenced on August 22, 2024, and the court having approved the Stipulation for Entry of Judgment in favor of Plaintiffs and against Defendant, for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

Plaintiffs Board of Trustees of the Inland Empire IBEW-NECA Defined Contribution Trust Fund, Board of Trustees of the Riverside County Electrical Educational and Training Trust Fund, Board of Trustees of the Inland Empire IBEW-NECA Labor Management Cooperation Committee, Board of Trustees of the Administrative Maintenance Fund, and Local Union No. 440 International Brotherhood of Electrical Workers, shall recover from Defendant, CICO Electrical Contractors, Inc., a California corporation, the amount of $137,624.78 paid in full.

Dated: June 24, 2025

Honorable Consuelo B. Marshall
United States District Judge